MURRAY EDELMAN, Appellant, v. MILTON SPEISER and Others, Defendants, Impleaded with WALTER G. EVANS and Another, Respondents.— Orders unanimously affirmed, with ten dollars costs and disbursements to each respondent. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

L. VINCENT FOSCATO, Respondent, v. EDWARD F. RYAN, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

AMERICAN POWDER COMPANY (a Massachusetts Corporation), Appellant, v. THE COMMONWEALTH INSURANCE COMPANY OF NEW YORK, Respondent. (Consolidated with 20 Other Actions.) — Judgment unanimously affirmed, with costs. No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ. [165 Misc. 158.]

MARGARET KEELY (as Amended on Trial), Appellant, v. ELIZABETH A. CAULFIELD, as Administratrix, etc., and NAVIGATOR RESTAURANT, INC., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID KLECKNER, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

SNAP LITE CORPORATION and WILLIAM KOBRIN, Respondents, v. ALEMITE CORPORATION, Appellant.— Order so far as appealed from unanimously modified by granting defendant's motion to dismiss the fourth and sixth causes of action, with leave to the plaintiffs to serve an amended complaint within twenty days after service of a copy of this order, with notice of entry thereof, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan.

ETHEL LANDY, Respondent, v. NEW YORK LIFE INSURANCE COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ. [170 Misc. 942.]

NATIONAL THEATRE SUPPLY COMPANY, Respondent, v. CRELIAN AMUSEMENT CORPORATION and Others, Defendants, and LESTER R. BACHNER, as Trustee in Bankruptcy, etc., Interpleaded Defendant, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

CHESTERBROOK ESTATES, LIMITED, Appellant, v. LIBRAY REALTY CO., INC., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

EDITH HELEN ENTHOVEN, Appellant, v. EDWARD J. ENTHOVEN, Respondent.— Order unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

BLANCHE M. YANKAUER and DAVID YANKAUER, Respondents, v. HARKAVY BEVERAGE COMPANY, INC., Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict was against the weight of the credible evidence. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.